# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

December 18, 2023

Lyle W. Cayce
Clerk

No. 23-30082

U.S. Alliance Group, Incorporated,

*Plaintiff—Appellant*,

*versus*

Cardtronics USA, Incorporated,

*Defendant—Appellee*.

---

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:21-CV-1074

---

Before Higginbotham, Higginson, and Duncan, *Circuit Judges*.

Per Curiam:[*]

Appellant U.S. Alliance Group, Inc. appeals the district court's order granting summary judgment in favor of Appellee Cardtronics USA, Inc. and dismissing USAG's suit against Cardtronics as barred by the release of claims provision contained in a separate settlement agreement between USAG and third-party LibertyX. We agree with the district court and AFFIRM for essentially the reasons stated in the thorough opinion by the district court.

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.